Bernadette W. Connolly
Law Offices of Bernadette W. Connolly
1671 The Alameda, Suite 200
San Jose, CA 95126

Tel: (408) 287-0383
Fax: (408) 287-4260

FILED #99
2007 JUN 12 P 3:53  Fees Pd
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ahmed Saleh Nasser Ali

Plaintiff

-vs-

Robert S. Mueller, III, Director, Federal Bureau of
Investigation, Michael Chertoff, Secretary of
Department of Homeland Security, and Francis D.
Siciliano, Officer-in-Charge, U.S. Citizenship and
Immigration Services, Rosemary Melville, District Director
U.S. Citizenship and Immigration Services

Defendants.

C07 03059 RS

COMPLAINT FOR RELIEF IN
THE NATURE OF MANDAMUS
UNDER 8 U.S.C. 1427

USCIS No. A13 066 806

Plaintiff by his attorney, complaining of Defendants as follows:

1. Plaintiff, Ahmed Saleh Nasser Ali, is a lawful permanent resident of the United States who resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. 1427.

2. Defendant Robert S. Mueller, III is the Director of the Federal Bureau of Investigation, an agency of the United States Government, and he is sued in his official capacity. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security and is sued herein in his official capacity. Defendant Francis D. Siciliano is the Officer-in-Charge of the San Jose USCIS office, and is sued in his official capacity. Rosemary Melville is the District Director of the USCIS at San Francisco, California, and is sued

-1-

PETITIONERS' OPPOSITION TO MOTION FOR SUMMARY AFFIRMANCE AND REPLY BRIEF
IN SUPPORT OF REQUEST FOR STAY OF REMOVAL AND OF VOLUNTARY DEPARTURE

A75 310 173
A75 310 174

in her official capacity. Plaintiff alleges that Defendants have a role in the adjudication of the application for naturalization.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651 and 5 U.S.C. 701 et seq., and relief is requested pursuant to said statutes and 28 U.S.C. 2201.

4. On or about December 14, 2005, Plaintiff applied for naturalization with the USCIS California Service Center (CSC) in Laguna Niguel, California.

5. In early 2006 Plaintiff was fingerprinted for his naturalization application in San Jose, California.

7. On April 18, 2006, Plaintiff had his naturalization interview at the San Jose USCIS office. However, Plaintiff's application has not yet been adjudicated pending an FBI name check.

8. To date, Plaintiff's FBI name check is not completed and Plaintiff's naturalization application remains pending.

9. Defendants are taking no action on Plaintiff's case in spite of the fact that over a year has passed since Plaintiff was fingerprinted and since Plaintiff had his naturalization interview.

10. Plaintiff has exhausted his administrative remedies.

11. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.

12. Plaintiff has been, and continues to be, greatly damaged by the failure of Defendants to act in accord with their duties under the law.

13. The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. 701 et seq. are unlawfully withholding or unreasonably delaying action on Plaintiff's naturalization

-2-

application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation.

WHEREOF, Plaintiff prays:

A. That the Defendants be ordered to have their agents process this case to a conclusion,

B. For reasonable attorneys fees, and

C. For such other and further relief as to this Court may seem proper.

Dated: 6-12-2007

*Bernadette Connolly*
Bernadette W. Connolly
Law Offices of Bernadette W. Connolly
Attorney for Plaintiff