1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 AHMED SALEH NASSER ALI,           )
                                     ) No. C 07-3059 RS
13                Plaintiff,         )
                                     )
14      v.                           )
                                     ) **PARTIES' CONSENT TO MAGISTRATE**
15 ROBERT S. MUELLER, III, Director, ) **JUDGE JURISDICTION**
   Federal Bureau of Investigation; MICHAEL )
16 CHERTOFF, Secretary of Department of )
   Homeland Security; FRANCIS D. SICILIANO, )
17 Officer-in-Charge, U.S. Citizenship and )
   Immigration Services; ROSEMARY MELVILLE,)
18 District Director U.S. Citizenship and )
   Immigration Services;             )
19                                   )
                Defendants.          )
20 _____ )

21

22    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

23 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-3059 RS                              1

| | | |
|---|---|---|
| 1 | Date: August 14, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | |       /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: August 14, 2007 |       /s/<br>BERNADETTE CONNOLLY<br>Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-3059 RS                                                    2