SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

*E-FILED 8/14/07*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED SALEH NASSER ALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; FRANCIS D. SICILIANO, Officer-in-Charge, U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director U.S. Citizenship and Immigration Services;<br><br>　　　　Defendants. | No. C 07-3059 RS<br><br>**STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |

　　The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about June 12, 2007.  The Defendants' response is due on August 13, 2007.

　　2. Pursuant to this Court's June 12, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on September 19, 2007, and attend a case management conference on September 26, 2007.

　　3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend Dates
C07-3059 RS                         1

case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 20, 2007 |
| Last day to file Joint ADR Certification: | October 3, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 17, 2007 |
| Case Management Conference: | October 24, 2007, at 2:30 p.m. |

Date: August 14, 2007               Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

          /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Date: August 14, 2007       /s/
BERNADETTE CONNOLLY
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 14, 2007

RICHARD SEEBORG
United States Magistrate Judge