1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

7

8  Attorneys for Defendants

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  AHMED SALEH NASSER ALI,              )
                                         )   No. C 07-3059 RS
13             Plaintiff,                 )
                                         )
14        v.                             )
                                         )   **STIPULATION TO DISMISS AND**
15  ROBERT S. MUELLER, III, Director,    )   **[PROPOSED] ORDER**
    Federal Bureau of Investigation; MICHAEL )
16  CHERTOFF, Secretary of Department of )
    Homeland Security; FRANCIS D. SICILIANO, )
17  Officer-in-Charge and                )
    Immigration Services; ROSEMARY MELVILLE,)
18  District Director U.S. Citizenship and )
    Immigration Services;                )
19                                        )
                                         )
20  _____    )

21        Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25  adjudicate such application within 30 days of the dismissal of this action.

26        Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stip. to Extend Dates
C07-3059 RS                    1

1    Date: August 27, 2007                      Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4                                               _____/s/_____
                                                EDWARD A. OLSEN
5                                               Assistant United States Attorney
                                                Attorneys for Defendants
6

7                                               _____/s/_____
8    Date: August 24, 2007                      BERNADETTE CONNOLLY
                                                Attorney for Plaintiff
9

10                              **ORDER**

11          Pursuant to stipulation, IT IS SO ORDERED.

12
     Date: _____
13                                              RICHARD SEEBORG
                                                United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Extend Dates
C07-3059 RS                        2