| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>3  Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150<br>4  Assistant United States Attorney | *E-FILED 8/28/07* |

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION

12  AHMED SALEH NASSER ALI,                    )
                                               ) No. C 07-3059 RS
13                    Plaintiff,               )
                                               )
14           v.                                )
                                               ) **STIPULATION TO DISMISS AND**
15  ROBERT S. MUELLER, III, Director,          ) **[PROPOSED] ORDER**
    Federal Bureau of Investigation; MICHAEL   )
16  CHERTOFF, Secretary of Department of       )
    Homeland Security; FRANCIS D. SICILIANO,   )
17  Officer-in-Charge, U.S. Citizenship and    )
    Immigration Services; ROSEMARY MELVILLE,   )
18  District Director U.S. Citizenship and     )
    Immigration Services;                      )
19                                             )
                      Defendants.              )
20  _____      )

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25  adjudicate such application within 30 days of the dismissal of this action.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stip. to Extend Dates
C07-3059 RS                                    1

| | |
|---|---|
| 1  Date: August 27, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | /s/ |
| 5 | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 8  Date: August 24, 2007 | /s/<br>BERNADETTE CONNOLLY<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 28, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

Stip. to Extend Dates
C07-3059 RS                                    2